UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IZEH A. MATTHEW,<br><br>         Plaintiff,<br><br>  -against-<br><br>OFFICER BOYLS OF NEW ROCHELLE POLICE; NEW ROCHELLE POLICE; JUDGE ATTORNEY CARBON; THOMAS AJIBOD NEW ROCHELLE POLICE CHIEF (LEGAL AID),<br><br>         Defendants. | 24cv261 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 8, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 10, 2024
     New York, New York

                   /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge